RECEIVED
IN LAKE CHARLES, LA.

AUG 09 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANTHONY J. GUILLORY<br>LA. DOC # 482031 | : | DOCKET NO. 2:11 CV 2173<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| WARDEN JERRY GOODWIN | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 6 day of August 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE